

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2013

No. 04-13-00029-CR

Horacio Fidencio **BENAVIDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 10-11-00132-CRF
Honorable Stella Saxon, Judge Presiding

## O R D E R

Appellant has filed a third motion to extend time to file appellant's brief; this is not appellant's first motion as he states in the motion. We **GRANT** the motion and **ORDER** appellant to file the brief on or before August 21, 2013. Appellant is advised that nor further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court